UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

H. L., et al.,

Plaintiffs,

- against -

ROYAL AIR MAROC, LTD., et al.,

Defendants.
-------------------------------------------------X

**FILED**
IN CLERK'S O . . .
U S DIST??? . . .

★ FEB 2 4 2012

BROOKLYN OFFICE

**O R D E R**

12 CV 861 (NG)

It has come to the Court's attention that the parties in this case have filed documents in violation of Federal Rule of Civil Procedure 5.2. Specifically, the infant plaintiff's name appears on the docket and in the document attached to Docket Entry 1, which is publicly accessible. Federal Rule of Civil Procedure 5.2 provides that electronic and paper filings may only include "the minor's initials." Fed. R. Civ. P. 5.2(a). Therefore, the Clerk of Court is Ordered to replace the infant plaintiff's name listed on the docket with her initials and to restrict access to the attachment containing the infant plaintiff's full name to the case participants. Further, the parties are Ordered to refer to the infant plaintiff by her initials in all future electronic and writing filings.

**SO ORDERED.**

Dated: Brooklyn, New York
February 23, 2012

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York